Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Richard Lee
39W260 Osage Dr.
Saint Charles, IL 60175
SSN: xxx−xx−9828 EIN: N.A.

Helen Lee
39W260 Osage Dr.
Saint Charles, IL 60175
SSN: xxx−xx−4395 EIN: N.A.

Case No. :   12−13543
Chapter :   7
Judge :   Manuel Barbosa

Debtor's Attorney:
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

847 520−8100

Trustee:
Joseph Voiland
Joseph R. Voiland
1625 Wing Road
Yorkville, IL 60560

630−553−1951

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *April 3, 2012* .

1. *March 28, 2013* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *March 28, 2013* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: December 26, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court